FILED
November 17, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Aida Baeza
DEPUTY

Western District of Texas

IN THE UNITED STATES DISTRICT COURT

Docket # P-26-cv-00090

Karen Jones

v.

Shirley Troutman, Rowan Wilson, Madeline Singas, Jenny Rivera, Vanessa Fang, Michael J. Garcia, Anthony Cannataro, Caitlin J. Halligan, Kimon Thermos, Suzanne Adams, Dakota Ramseur, Carmen Pacheco, Kash Patel, Dawn Hill- Kearse, Wavny Toussaint, Brian Gotlieb, Eric Komitee, Margo Brodie, John P. Burns, Todd Blache, Teresa L. Riley, Carol Crawford, Markwayne Mullin, Genine D. Edwards, Eric Gonzalez, Laura Taylor Swain, Edgardo Ramos, Tammi M. Hellwig, John Siemietkowski, Richard Velasquez, David Ventulla, Hector LaSsale, Joseph Edlow, Craig Schatzman, Tanya Faye, Jessica Tisch, Darrell M. Joseph, Joy Campanelli, Dianne Renwick, Susanna Molina Rojas, Judy Kim, Daniel Ramos, Richard Montelione, Jennifer R. Chan, Cheree Buggs, Marina Cora Mundy,

COMPLAINT

-Defendants dumped trash everywhere, cause environmental problems,
- They should reminded of such behaviors.

KJ
Karen Jones

NEW YORK NY 100

10 NOV 2026 PM 6 L

Thinking of You

1776 ★ 2026

USA FOREVER

Karen Jones
8913 Sugarland Dr, Sheridan, WY 82807

RECEIVED

NOV 17 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY AC
DEPUTY

u.s. District Court Clerk's Office
2450 State Hwy. 118
Alpine, TX 79830

ALPINE

NOV 16 2026

SCREENED BY CSO

79830-203699